Deborah J. Fox (SBN: 110929)
dfox@meyersnave.com
Margaret W. Rosequist (SBN: 203790)
mrosequist@meyersnave.com
Lorien Giles (SBN: 322078)
lgiles@meyersnave.com
MEYERS NAVE
1999 Harrison Street, 9th Floor
Oakland, California 94612
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

EXEMPT FROM FILING FEES
GOV'T CODE § 6103

Attorneys for Defendants
CITY OF MODESTO and CHIEF GILLESPIE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| PACIFIC MEDIA WORKERS GUILD; ANGEL JOSE FLORES; JULISSA RUIZ RAMIREZ; and ALYSSA LEIVA; <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF MODESTO and BRANDON GILLESPIE, in his official capacity as Modesto Chief of Police, <br><br> Defendants. | Case No. 2:26-cv-01623-JAM-CKD <br><br> **STIPULATION AND ORDER EXTENDING  BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; REQUEST FOR JUDICIAL NOTICE; MOTION FOR PARTIAL REMAND; AND ADMINISTRATIVE MOTION FOR LEAVE TO ALLOW DECLARANT F.B. TO PROCEED PSEUDONYMOUSLY** <br><br> **Hearing:** <br> **Date:  June 30, 2026** <br> **Time:  1:00 pm** <br> **Dept:  6** <br><br> The Honorable John A. Mendez <br><br> Action Filed:        March 25, 2026 <br> Trial Date:          None Set |

STIPULATED MOTION TO REVISE BRIEFING SCHEDULE FOR PLAINTIFFS' MOTIONS

Plaintiffs PACIFIC MEDIA WORKERS GUILD, ANGEL JOSE FLORES, JULISSA RUIZ RAMIREZ, and ALYSSA LEIVA (collectively "Plaintiffs") and Defendants CITY OF MODESTO and BRANDON GILLESPIE, in his official capacity as the Modesto Police Chief, (collectively "Defendants" and together with Plaintiffs the "Parties"), by and through their counsel, hereby stipulate as follows:

WHEREAS, on March 25, 2026, Plaintiffs initiated this action against Defendants in the Superior Court for the County of Stanislaus challenging provisions in Modesto Municipal Code § 4-23.02, entitled "Restrictions on Use of Specified Items During Public Assembly;"

WHEREAS, Defendants removed the Action to this Court on April 24 and filed their Answer on May 1;

WHEREAS, on May 1, Plaintiffs' counsel reached out to Defendants' counsel to advise that Plaintiffs intended to file a Motion for Preliminary Injunction, a Request for Judicial Notice, an Administrative Motion for Leave to Allow Declarant F.B. to Proceed Pseudonymously, and a Motion for Partial Remand ("Plaintiffs' Motions") and counsel did thereafter continue to meet and confer on such matters through May 14;

WHEREAS, Plaintiffs initially proposed noticing the Preliminary Injunction Motion to be heard on June 16, but because Defendants' lead counsel, Deborah Fox, had a direct conflict on this date, agreed to notice the hearing for the Court's next open date of June 30;

WHEREAS, Plaintiffs' Motions cover a substantial number of issues, including claims under the United States Constitution, California Constitution, and California statutes and are supported with extensive evidence, including 17 declarations plus exhibits;

WHEREAS, Ms. Fox, who will be arguing at the June 30 hearing on Plaintiffs' Motions, has significant commitments in three other complex ongoing matters that variously have scheduled hearings, further briefing deadlines, and a mediation in the next two weeks, including in *Guersey v. Southern California Edison Company* (L.A. Superior, Case No. 25STCV00731), *Cal Fire v. Orange County et al.* (Orange Cty. Superior, Case No. 30-2025-01508686), and *People of the State of California v. Chiquita Canyon, LLC* (9th Cir., Case No. 25-5754);

STIPULATED AND ORDER EXTENDING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTIONS

WHEREAS, the Parties agree that the issues in Plaintiffs' Motions are considerable and whereas Defendants aver that they have good cause to seek an extension on the deadline to respond to Plaintiffs' Motions for the reasons stated in Ms. Fox's declaration (which Defendants independently submit and file concurrently herewith);

WHEREAS, the Parties propose that the deadline for Defendants to file their opposition papers to Plaintiffs' Motions be extended by 11 days from May 29 to June 9;

WHEREAS, the Parties otherwise propose no change to the briefing deadlines set forth under Local Rule 230, such that if the revised briefing schedule is granted, Plaintiffs' deadline to file their reply papers will be June 19, which is 10 days after Defendants' service of their opposition papers and 11 days prior to the June 30 hearing date;

NOW, THEREFORE, THE PARTIES TO THIS ACTION stipulate BY AND THROUGH THEIR RESPECTIVE COUNSEL to the following schedule and request that the Court enter the concurrently filed Proposed Order reflecting the Parties' agreement that:

1. Counsel of record have the authority to enter into this stipulation on behalf of their respective clients; and

2. Defendants' deadline to oppose Plaintiffs' Motion for Preliminary Injunction, Request for Judicial Notice, Administrative Motion for Leave to Allow Declarant F.B. to Proceed Pseudonymously, and Motion for Partial Remand is extended until June 9, 2026; and

3. Plaintiffs' deadline to file their reply papers to Defendants' opposition papers concerning Plaintiffs'' Motions is set for June 19, 2026; and

4. The hearing on Plaintiffs' Motions will be held on June 30, 2026.

**IT IS SO STIPULATED.**

DATED: May 22, 2026                MEYERS NAVE


By:      /s/Deborah J. Fox
         DEBORAH J. FOX
         MARGARET W. ROSEQUIST
         LORIEN GILES
         Attorneys for Defendants
         CITY OF MODESTO and CHIEF GILLESPIE

3

STIPULATED AND ORDER EXTENDING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTIONS

DATED:  May 22, 2026                AMERICAN CIVIL LIBERTIES UNION
                                    FOUNDATION OF NORTHERN CALIFORNIA, INC.


                                    By:      /s/Chessie Thacher
                                             CHESSIE THACHER (SBN 296767)
                                             ANGELICA SALCEDA (SBN 296152)
                                             SHAILA NATHU (SBN 314203)
                                             Attorneys for Plaintiffs

STIPULATED AND ORDER EXTENDING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTIONS

# ORDER

The Court having reviewed and considered the stipulation between the Plaintiffs PACIFIC MEDIA WORKERS GUILD, ANGEL JOSE FLORES, JULISSA RUIZ RAMIREZ, and ALYSSA LEIVA and Defendants CITY OF MODESTO and BRANDON GILLESPIE, in his official capacity as the Modesto Police Chief, regarding the deadlines to oppose and reply to Plaintiffs' Motion for Preliminary Injunction, Request for Judicial Notice, Motion for Leave to Allow Declarant F.B. to Proceed Pseudonymously, and Motion for Partial Remand ("Plaintiffs' Motions"), the Declaration of Deborah J. Fox concurrently filed by Defendants, and all of the pleadings and records on file, the Court finds that:

Good cause exists to modify the briefing schedule on Plaintiffs' Motions set to be heard on June 30, 2026.

Accordingly, the Court orders that:

5.     Defendants' CITY OF MODESTO and BRANDON GILLESPIE, in his official capacity as Modesto Police Chief, deadlines to oppose Plaintiffs' Motion for Preliminary Injunction, Request for Judicial Notice, Motion for Partial Remand, and Administrative Motion for Leave to Allow Declarant F.B. to Proceed Pseudonymously are **EXTENDED** until **June 09, 2026**; and

6.     Plaintiffs' PACIFIC MEDIA WORKERS GUILD, ANGEL JOSE FLORES, JULISSA RUIZ RAMIREZ, and ALYSSA LEIVA, deadlines to file their reply papers to Defendants' opposition papers are **EXTENDED** until **June 19, 2026**.

IT IS SO ORDERED.

Dated: May 22, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

5

STIPULATED AND ORDER EXTENDING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTIONS