UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MEDIA WORKERS GUILD; ANGEL JOSE FLORES; JULISSA RUIZ RAMIREZ; ALYSSA LEIVA,<br><br>                  Plaintiffs,<br><br>        v.<br><br>CITY OF MODESTO; BRANDON GILLESPIE, in his official capacity as Modesto Chief of Police,<br><br>                  Defendants. | Case No. 2:26-cv-01623-JAM-CKD<br><br>**ORDER GRANTING APPLICATION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:      June 30, 2026<br>Time:     1:00 p.m.<br>Crtm.:    Crtm. 6, 14th Floor<br>Judge:    Hon. John A. Mendez |

The Court, having considered the Application of amici curiae Central Valley Journalism Collaborative, First Amendment Coalition, Freedom of the Press Foundation, The McClatchy Company, LLC, National Press Photographers Association, Reporters Committee for Freedom of the Press, and Society of Professional Journalists of Northern California to file a brief of amici curiae in support of Plaintiffs' motion for a preliminary injunction, and good cause appearing therefor, it is hereby ordered that the application (ECF No. 18) is hereby **GRANTED**.

Counsel shall refile the Amicus Brief, attached to the Application at ECF No. 18-1, **within five (5) days** of this order. Amici curiae is advised that the Court will only consider briefing that

-1-                    Case No. 2:26-cv-01623-JAM-CKD

ORDER GRANTING LEAVE TO FILE BRIEF OF AMICI CURIAE

helps the Court beyond the help the lawyers for the parties are able to provide; duplicative or cumulative arguments will not be considered.

Defendants' request to respond is **GRANTED**, and they shall file their response by **June 16, 2026.**

Dated: June 09, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE