CHESSIE THACHER (SBN 296767)
cthacher@aclunc.org
ANGELICA SALCEDA (SBN 296152)
asalceda@aclunc.org
SHAILA NATHU (SBN 314203)
snathu@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MEDIA WORKERS GUILD; ANGEL JOSE FLORES; JULISSA RUIZ RAMIREZ; ALYSSA LEIVA;<br><br>          Plaintiffs,<br><br>vs.<br><br>CITY OF MODESTO, BRANDON GILLESPIE, in his official capacity as Modesto Chief of Police,<br><br>          Defendants. | CASE NO. 2:26-CV-01623-JAM-CKD<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL REMAND TO STATE COURT**<br><br><br>Judge: Hon. John A. Mendez<br>Courtroom: 6, 14th Floor<br>Date: June 30, 2026<br>Time: 1:00 p.m. |

ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL REMAND
CASE NO. 2:26-CV-01623-JAM-CKD

## **ORDER**

Before the Court is Plaintiffs' Motion for Partial Remand to State Court as to their state taxpayer claim, pleaded as their Sixth Cause of Action under California Code of Civil Procedure section 526a ("the State Taxpayer Claim"). Upon consideration of the matter presented, the Motion is **GRANTED**. It is therefore **ORDERED** that Plaintiffs' State Taxpayer Claim set forth at Claim VI be remanded to state court.

**SO ORDERED.**

_____
JOHN A. MENDEZ,
Date: June 30, 2026        SENIOR UNITED STATES DISTRICT JUDGE

2
ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL REMAND
CASE NO. 2:26-CV-01623-JAM-CKD