CHESSIE THACHER (SBN 296767)
cthacher@aclunc.org
ANGELICA SALCEDA (SBN 296152)
asalceda@aclunc.org
SHAILA NATHU (SBN 314203)
snathu@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MEDIA WORKERS GUILD; ANGEL JOSE FLORES; JULISSA RUIZ RAMIREZ; ALYSSA LEIVA; | CASE NO. 2:26-CV-01623-JAM-CKD |
| Plaintiffs, | **ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION** |
| vs. | |
| CITY OF MODESTO, BRANDON GILLESPIE, in his official capacity as Modesto Chief of Police, | Judge: Hon. John A. Mendez<br>Courtroom: 6, 14th Floor |
| Defendants. | |

[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 2:26-CV-01623-JAM-CKD

## ORDER

Plaintiffs' Motion for Preliminary Injunction came before this Court on June 30, 2026. Having considered Plaintiffs' Motion and supporting papers, Defendants' Opposition and supporting papers, and the arguments of counsel, the Court finds that Plaintiffs have demonstrated a strong likelihood of success on the merits; that absent an injunction, they face immediate, irreparable injury; and that the balance of the equities and the public interest favor immediate injunctive relief.

Therefore, the Court hereby **GRANTS** the motion and orders the following:

1. Defendant City of Modesto and Defendant Brandon Gillespie, in his official capacity as Modesto Chief of Police (together, "Defendants"), and any person acting in concert with them, are enjoined from enforcing sections 4-23.02(a)(13)-(15) and (a)(18)-(19) of Title 4, Chapter 23, of the Modesto Municipal Code, entitled "Restrictions on Use of Specified Items During Public Assembly." Defendants, and any person acting in concert with them, are specifically enjoined from enforcing these provisions facially against any speaker, and as applied to Plaintiffs' constitutionally protected activities.

2. No security shall be required and the bond requirement in Federal Rule of Civil Procedure 65(c) is waived.

**IT IS SO ORDERED.**

Date: June 30, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 2:26-CV-01623-JAM-CKD