<u>PRELIMINARY INJUNCTION APPEAL</u>

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF** CALIFORNIA, EASTERN DISTRICT

**Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court**

U.S. District Court case number: | 2:26-CV-01623-JAM-CKD

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 04/24/2026

Date of judgment or order you are appealing: | 06/30/2026

Docket entry number of judgment or order you are appealing: | 35, 37

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

CITY OF MODESTO and CHIEF BRANDON GILLESPIE, in his official capacity as Modesto Chief of Police

Is this a cross-appeal?  ○ Yes   ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes   ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City: | State: | Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** | /s/Margaret W. Rosequist   **Date** | July 28, 2026

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 1**                                                                 *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

CITY OF MODESTO and CHIEF BRANDON GILLESPIE, in his official capacity as Modesto Chief of Police

Name(s) of counsel (if any):

Deborah J. Fox (SBN: 110929)
Margaret W. Rosequist (SBN: 203790)

Address: Meyers Nave, 1999 Harrison Street, 19th Floor, Oakland, CA 94612

Telephone number(s): (510) 808-2000

Email(s): dfox@meyersnave.com; mrosequist@meyersnave.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

PACIFIC MEDIA WORKERS GUILD; ANGEL JOSE FLORES; JULISSA RUIZ RAMIREZ; and ALYSSA LEIVA

Name(s) of counsel (if any):

Chessie Thacher (SBN: 296767)
Angelica Salceda (SBN: 296152)
Adriana Herrera (SBN: 368812)

Address: ACLU of Northern CA, 39 Drumm St., San Francisco, CA 94111

Telephone number(s): (415) 621-2493

Email(s): cthacher@aclunc.org; asalceda@aclunc.org; aherrera@aclunc.org

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                    *1*                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

## Appellants

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ⊙ Yes    ○ No

## Appellees

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                          *2*                          *New 12/01/2018*